

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2017

No. 04-16-00016-CV

Matias S. **RUIZ**,
Appellant

v.

Susan Elizabeth **RUIZ**,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 15-04-00198-CVW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The court has considered the Appellant's Motion for Reconsideration En Banc, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court